THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Eugene
 Hamm, Appellant.
 
 
 

Appeal From Berkeley County
  Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No. 2008-UP-351
 Submitted July 1, 2008  Filed July 9,
2008\   

APPEAL DISMISSED

 
 
 
 Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM: Hamm appeals his guilty plea to committing a lewd act.  On appeal, Hamms counsel alleges the plea did not meet the mandates of Boykin v.
 Alabama, 395 U.S. 238 (1969).  After
 a thorough review of the record, counsels brief, and Hamms pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Hamms appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.